ACCEPTED
14-15-00234-CV
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
4/20/2015 1:02:09 PM
CHRISTOPHER PRINE
CLERK

**No. 14-15-00234-CV**

FILED IN
14th COURT OF APPEALS
HOUSTON, TX
*4/20/2015*
CHRISTOPHER A. PRINE,
CLERK

In the Court of Appeals
For the Fourteenth District of Texas
Houston, Texas

Human Biostar, Inc.,

Appellant

vs.

Celltex Therapeutics Corporation

Appellee

Appeal from the 434th Judicial District Court of
Fort Bend County, Texas
Trial Court Cause No. 12-DCV-202563

**APPELLANT HUMAN BIOSTAR, INC.'S FIRST MOTION FOR
EXTENSION OF TIME TO FILE BRIEF OF APPELLANT**

**Mr. Bruce C. Tough**
**State Bar No. 20151500**
**Tough Law Firm, PLLC**
**819 Crossbridge Drive**
**Spring, Texas 77373**
**btough@toughlawfirm.net**
**telephone: (281) 681-0808**
**telecopier: (281) 281-0809**
***Lead Counsel for Appellant***
***Human Biostar, Inc.***

**No. 14-15-00234-CV**

In the Court of Appeals
For the Fourteenth District of Texas
Houston, Texas

Human Biostar, Inc.,

Appellant

vs.

Celltex Therapeutics Corporation

Appellee

Appeal from the 434th Judicial District Court of
Fort Bend County, Texas
Trial Court Cause No. 12-DCV-202563

**APPELLANT HUMAN BIOSTAR, INC.'S FIRST MOTION FOR EXTENSION OF TIME TO FILE BRIEF OF APPELLANT**

**TO THE HONORABLE FOURTEENTH COURT OF APPEALS:**

**NOW COMES** Appellant, Human Biostar, Inc., to file its first motion for an extension of time to file their Brief of Appellant pursuant to Rule 10.5 (b) of the Texas Rules of Appellate Procedure. In support thereof, the Appellant would respectfully show the Court as follows:

1.    The Court has noticed the deadline for filing the Brief of the Appellant on or before May 13, 2015.

2

2. In accordance with Texas Rules of Appellate Procedure Rule 10.5 (b), Appellant Human Biostar, Inc. requests this first extension of time of thirty (30) days to file the Brief of Appellant in reliance upon the following reasonable facts to explain the need for an extension, shown as follows:

2a. A motion for reconsideration of the order of the trial court confirming the arbitration award and to vacate the arbitration award and grant a new arbitration in the underlying trial matter in Fort Bend County, Texas, filed by RNL BIO Co. LTD. n/k/a K-Stemcell Co., Ltd., is set for April 27, 2015 and may render moot the necessity for the appeal.

2b. Appellant's counsel also requests this extension out of an abundance of caution in the event that demands on the time and resources of Appellant's counsel become overwhelming.

2c. Appellant's counsel is lead counsel on several trial matters for which trial court settings are scheduled. Appellant's counsel is scheduled for a two-week trial court setting to commence on April 27, 2015 in the 125th Judicial District Court of Harris County. Appellant's counsel is scheduled for two two-week trial court settings scheduled during the two-week trial period of May 18, 2015 in Harris County, Texas, one in the 80th Judicial District Court and the other in the 234th Judicial. It is further anticipated that a two-week trial court setting will be re-set in a matter in the 125th Judicial District

of Harris County in May or June. One of these trial matters presumably has been settled; however, because a settlement agreement has not been executed and a judgment filed, the possibility of the matter going to trial remains a possibility. These foregoing matters will require extensive time and preparation.

2d. Appellant's counsel was retained in this appellate matter shortly before the March 16, 2015 notice of restricted appeal was filed and has been in the process of familiarizing himself with the history and issues in this case.

3. No previous extensions of time have been sought by Appellant.

4. On April 18, 2015, Counsel for Appellee Celltex Therapeutics Corporation, Grant Cook, emailed our office that his client was opposed to the motion to extend. Counsel for Appellant also conferred with the counsel for Appellant RNL BIO Co. LTD. n/k/a K-Stemcell Co., Ltd. who indicated consent to the motion to extend the time to file the Appellant's Brief.

5. Based on the foregoing, Appellant Human Biostar, Inc. prays that this Court will grant the extension of time to file the Brief of the Appellant Human Biostar, Inc. for thirty (30) days from May 13, 2015 until June 12, 2015.

4

Respectfully submitted,

TOUGH LAW FIRM, PLLC

    /s/ Bruce C. Tough

**Bruce C. Tough**
btough@toughlawfirm.net email
State Bar No. 20151500
819 Crossbridge Drive
Spring, Texas 77373
(281) 681-0808 telephone
(281) 681-0809 telecopy
**LEAD COUNSEL FOR APPELLANT HUMAN BIOSTAR, INC.**

## Certificate of Service

I hereby certify that a true and correct copy of the foregoing document has been forwarded by e-filing and e-service to all lead counsel of record, on this 20th day of April, 2015, as follows:

Grant Cook
GREENBERG TRAURIG, LLP
1000 Louisiana, Suite 1700
Houston, Texas 77002
**PHONE: (713) 374-3500**
**FAX: (713) 374-3505**

**RICHARD L. TATE**
**SARAH VIDA**
**TATE, MOERER & KING, LLP**
206 South Second Street
Richmond, Texas 77469
Phone: (281) 341-0077
Fax: (281) 341-1003

**ATTORNEYS FOR PLAINTIFF**
**CELLTEX THERAPEUTICS CORPORATION**

**Paula E. Hughes**
11815 FM 756
Whitehouse, Texas 75791
Tel. (903) 839-8106
Email: pehughes11@yahoo.com
**Attorney for RNL Bio Co Ltd N/K/A/-Stemcell Co. Ltd**

/s/  Bruce C. Tough
Bruce C. Tough